CITY OF LONG BEACH, Respondent, *v.* LU VINA MADDEN, Appellant, et al., Defendants.

Submitted May 12, 1947; decided July 2, 1947.

*Theodore T. Baylor* for motions.

*Nelson K. Scherer, Corporation Counsel (Bernard M. Bailey of counsel)*, opposed.

Motion for leave to appeal dismissed, with costs, upon the ground that the motion in the Appellate Division for leave to appeal to this court was not timely made. Motion for leave to amend motion papers denied.